ZAVRADINOS & ASSOCIATES, INC., Respondent,

v.

HORIZON HOMES, INC., Appellant.

No. ED 77908.

Missouri Court of Appeals,
Eastern District,
Division One.

March 27, 2001.

Matthew J. Fairless, St. Charles, MO, for appellant.

Joel D. Brett, St. Charles, MO, for respondent.

Before ROBERT G. DOWD, Jr., P.J., MARY RHODES RUSSELL, J., and RICHARD B. TEITELMAN, J.

*ORDER*

PER CURIAM.

Horizon Homes, Inc. ("homebuilder") appeals from a verdict entered in favor of Zavradinos and Associates, Inc. ("engineers") after a bench trial in the Circuit Court of St. Charles County. The trial court awarded engineers $28,609.19, representing $13,695.69 for work performed, $7,951.50 in interest, and $6,962 in attorney's fees. We find no error and affirm.

No jurisprudential purpose would be served by a written opinion reciting the detailed facts and restating the principles of law. The parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

We affirm the judgment pursuant to Rule 84.16(b).